# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

JANETTE CRUZ-CANIZARES
    Plaintiffs

               v.                    **Civil No. 02-1796(SEC)**

FERNANDO E. FAGUNDO-FAGUNDO,
et al.
    Defendants

## O R D E R

| MOTION | RULING |
|---|---|
| **Docket # 167**<br>**Motion for Attorneys' Fees** | **DENIED WITHOUT PREJUDICE.** The instant request was filed prior to the disposition of the appeal in this case. Local Rule 54(a) provides that "a claim for fees filed before the final disposition of any appeal shall have no effect and a new application must be filed" after the disposition of the appeal. Local Rule 54(a). Accordingly, the instant request is **DENIED without prejudice**. Plaintiff is instructed to re-file his request in compliance with the Local Rules by September 29, 2006. |

DATE:   September 18, 2006

                                                             S/ Salvador E. Casellas
                                                            SALVADOR E. CASELLAS
                                                             U.S. Senior District Judge